

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In the Interest of A.L.S., T.T., and E.S.,
Children

No. 06-25-00025-CV

Appeal from the 62nd District Court of
Hopkins County, Texas (Tr. Ct. No.
CV45482). Panel consists of Chief Justice
Stevens and Justices van Cleef and Rambin.
Memorandum Opinion delivered by Justice
van Cleef.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We note that the appellant has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED SEPTEMBER 3, 2025
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk